# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

SAGI MUKATIN,                                    1:07-cv-001353-AWI-WMW (HC)

               Petitioner,
                                                 ORDER AUTHORIZING
    vs.                                          IN FORMA PAUPERIS STATUS

JAMES A. YATES,

               Respondent.
_____/

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.

                                 IT IS SO ORDERED.

**Dated:    September 18, 2007**              /s/  **William M. Wunderlich**
                                          UNITED STATES MAGISTRATE JUDGE

Dockets.Justia.com